UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

No: 22-3095

Sean Edward Krier

Appellant

v.

Derek Gosnell, Captain, et al.

Appellees

---

Appeal from U.S. District Court for the Southern District of Iowa - Central
(4:21-cv-00063-SMR)

---

**ORDER**

The petition for rehearing en banc is denied. The petition for rehearing by the panel is also denied.

March 28, 2024

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans