# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-3095

Sean Edward Krier

Appellant

v.

Derek Gosnell, Captain, et al.

Appellees

---

Appeal from U.S. District Court for the Southern District of Iowa - Central
(4:21-cv-00063-SMR)

---

**MANDATE**

In accordance with the opinion and judgment of February 12, 2024, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

April 04, 2024

Acting Clerk, U.S. Court of Appeals, Eighth Circuit